UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BREWER,<br><br>  Plaintiff,<br><br>  v.<br><br>LOANCARE, LLC, et al.<br><br>  Defendants. | No. 2:25-cv-01157-DC-CSK (PS)<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE<br><br>(Doc. No. 10) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion (Doc. No. 10) filed by Plaintiff on June 9, 2025, is hereby referred to United States Magistrate Judge Chi Soo Kim for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:  **June 10, 2025**

Dena Coggins
United States District Judge

1