UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BREWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOANCARE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01157-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 4, 14) |

On September 8, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 14). No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on September 8, 2025 (Doc. No. 14) are ADOPTED IN FULL;
2. Plaintiff's action is DISMISSED;
3. Defendant Loancare, LLC's motion to dismiss (Doc. No. 4) is DENIED as moot;

1

and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 11, 2025**__   _____
Dena Coggins
United States District Judge

2